| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>　　　　UNITED STATES OF AMERICA,<br>　　　　　　　　　-v-<br>　　　　DAVID CAMPBELL,<br>　　　　　　　　　　　　　　　Defendant.<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/19/2024<br><br>1:21-cr-321-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for April 24, 2024, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 19, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge