UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -against-

   DAVID CAMPBELL,                         1:21-cr-321-GHW-2

                     Defendant.              ORDER
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2024

GREGORY H. WOODS, United States District Judge:

      The status conference currently scheduled for October 9, 2024 at 1:00 p.m. is rescheduled. The conference will take place on January 13, 2025 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: October 7, 2024
New York, New York

                                                    _____
                                                    GREGORY H. WOODS
                                                   United States District Judge